| | | |
|---|---|---|
| Mailing Address |  | Phone Number |
| P.O. Box 1291 | | 716-204-2400 |
| Buffalo, NY 14240-1291 | | |
| | | Fax Number |
| OvernightMail | STEVEN J. BAUM, P.C. | 716-204-4600 |
| 220 Northpointe Parkway | ATTORNEYS AT LAW | Not for Service |
| Suite G | | Web Site |
| Amherst, NY 14228 | | WWW.MBAUM.COM |

May 20, 2010

CLERK, UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East
Brooklyn, NY 11201

Re:       JPMorgan Chase Bank, N.A. vs. Samira Ovshaev, et al.
Case No.   09-51544-ess

Dear Sir or Madam:

   Please be advised that we have settled the Motion to Lift Stay in the above mentioned matter with a conditional order. This has been on consent with the Debtor's Attorney.

   Please note that the motion has been scheduled for the 15th day of June, 2010 at 10:00 am in Brooklyn, New York.

   If you have any questions, please feel free to call.

                                        Very truly yours,

                                        STEVEN J. BAUM, P.C.

                                        By:    Marin L. Buczkowski, Esq.